Damian P. Richard, Esq. (#028477)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
drichard@sessions.legal

Attorneys for Phoenix Financial Services, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DEVON REMBERT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHOENIX FINANCIAL SERVICES, LLC,<br><br>Defendant. | CASE NO.:<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) [FEDERAL QUESTION] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

　　PLEASE TAKE NOTICE THAT defendant Phoenix Financial Services, LLC ("CRM") hereby removes to this Court the state court action described below.

　　1.　This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under the Telephone Consumer Protection Act, 47 U.S.C. §227, *et. seq*.

　　2.　On or about December 9, 2016 the action was commenced in the Superior Court of the State of Arizona, Maricopa County, entitled, *Devon Rembert v. Phoenix Financial Services, LLC*, Case No. CV2016-017780 (the "State Court

Action"). A copy of the Plaintiff's Summons and Complaint ("Complaint") is attached hereto as Exhibit A.

3. The date upon which CRM first received a copy of the said Complaint was December 15, 2016, when CRM's agent for service of process was served with a copy of the Complaint. Thus, pursuant to 28 U.S.C. § 1446(b), CRM has timely filed this Notice of Removal.

4. A copy of this Notice of Removal is being served upon Plaintiff and will be filed in the State Court Action.

5. The State Court Action is located within the District of Arizona. Therefore, venue for purposes of removal is proper because the United States District Court for the District of Arizona embraces the place in which the removed action was pending 28 U.S.C. § 1441(a).

6. Removal of the State Court Action is therefore proper under 28 U.S.C. §§ 1441 and 1446.

Dated: 1/4/17                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/Damian P. Richard*
Damian P. Richard
Attorneys for Defendant
Phoenix Financial Services, LLC

CASE NAME: Devon Rembert v. Phoenix Financial Services, LLC
CASE NO:

**PROOF OF SERVICE**

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 1545 Hotel Circle South, Suite 150, San Diego, California 92108. On this date I served the following:

Notice of Removal, Civil Cover Sheet and Corporate Disclosure Statement

( x ) BY U.S. MAIL

I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( ) BY COURT'S CM/ECF ELECTRONIC FILING SERVER

I served on the interested parties in this action through their attorney's, as stated below, who have agreed to accept electronic service in this matter, by electronically filing and serving said documents via the Court's CM/ECF electronic filing server.

( ) BY FEDERAL EXPRESS DELIVERY

I served a true and correct copy of the above-named documents by Federal Express by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the Federal Express location in San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

Ryan L. McBride
Kazerouni Law Group APC
2633 E. Indian School Road #460
Phoenix, AZ 85016

David J. McGlothlin
Hyde & Swigart
2633 E. Indian School Road #460
Phoenix, AZ 85016

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 4, 2017

Ann M. Coito