Damian P. Richard, Esq. (#028477)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
drichard@sessions.legal
*Attorneys for Phoenix Financial Services, LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DEVON REMBERT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHOENIX FINANCIAL SERVICES, LLC,<br><br>Defendant. | CASE NO.: 17-cv-00015-ROS<br><br>DEFENDANT PHOENIX FINANCIAL SERVICES, LLC.'S SEPARATE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

Pursuant to Local Rule LRCiv 56-1, Defendant Phoenix Financial Services, LLC submits the following Separate Statement Facts in support of PFS's Motion for Summary Judgment.

| **Moving Party's Separate Statement of Facts and Supporting Evidence** | **Opposing Party's Separate Statement of Facts and Supporting Evidence** |
|---|---|
| 1. On October 17, 2014, Plaintiff Devon Rembert ("Plaintiff") was admitted to the Emergency Department at John Lincoln Deer Valley Hospital in Phoenix. | |

| | |
|---|---|
| *Evidence:* Declaration of Kimberly England ("England Decl.") ¶ 6, Ex. A. | |
| 2.  During the admission process Plaintiff voluntarily provided his cell phone number ending in 0967.<br><br>*Evidence:* England Decl. ¶ 6, Ex. A. | |
| 3.  Plaintiff failed to pay for medical services rendered and the delinquent account was later placed with PFS for collection.<br><br>*Evidence:* England Decl. ¶ 6. | |
| 4.  Plaintiff subsequently authorized PFS to place additional calls to his cellular phone number.<br><br>*Evidence:*  England Decl. Ex. B (7:7-8 (Plaintiff states, "[C]an you give me a call back?"), Ex. C (9:8-11 (Plaintiff states, "If you guys don't hear back from me . . . can you give me a call back?  Is that possible?"), Ex. D (11:3-4 (PFS states, "Christie is going to follow up with you on the 8th if we don't hear from you, ok?" To which Plaintiff responds, "Ok?") | |
| 5.  At no time did Plaintiff revoke consent for PFS to contact him on his cell phone or otherwise request that calls cease. | |

| Evidence:  England Decl. ¶ 14. | |

Dated:  2/3/17        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
                       */s/Damian P. Richard*
                       Damian P. Richard
                       Attorneys for Defendant
                       Phoenix Financial Services, LLC