# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Devon Rembert,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Phoenix Financial Services LLC,<br><br>　　　　Defendant. | No. CV-17-00015-PHX-ROS<br><br>**ORDER** |

Pursuant to the Parties' Joint Stipulation of Dismissal of Action with Prejudice as to the Named Plaintiff and Without Prejudice as to the Putative Class, and good cause appearing,

**IT IS ORDERED** the stipulation (Doc. 14) is **GRANTED**. This case is hereby dismissed with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class. Each party shall bear their own costs and attorney fees.

Dated this 28th day of March, 2017.

Honorable Roslyn O. Silver
Senior United States District Judge